People v Neel (2025 NY Slip Op 03490)

People v Neel

2025 NY Slip Op 03490

Decided on June 6, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on June 6, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., BANNISTER, OGDEN, GREENWOOD, AND KEANE, JJ.

502 KA 23-00779

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,
v
BRYNDYN L. NEEL, DEFENDANT-APPELLANT. 

J. SCOTT PORTER, SENECA FALLS, FOR DEFENDANT-APPELLANT.
JOHN NABINGER, DISTRICT ATTORNEY, WATERLOO (KEVIN URBAITIS OF COUNSEL), FOR RESPONDENT. 

 Appeal from a judgment of the Seneca County Court (Barry L. Porsch, J.), rendered April 26, 2023. The judgment convicted defendant, upon a jury verdict, of endangering the welfare of a child. 
It is hereby ORDERED that the judgment so appealed from is unanimously affirmed.
Memorandum: Defendant appeals from a judgment convicting him, upon a jury verdict, of endangering the welfare of a child (Penal Law § 260.10 [1]). Viewing the evidence in light of the elements of the crime as charged to the jury (see People v Danielson, 9 NY3d 342, 349 [2007]), we reject defendant's sole contention on appeal that the verdict is against the weight of the evidence (see generally People v Bleakley, 69 NY2d 490, 495 [1987]; People v Sanderson, 68 AD3d 1716, 1717 [4th Dept 2009], lv denied 14 NY3d 844 [2010]).
Entered: June 6, 2025
Ann Dillon Flynn
Clerk of the Court